**In re: GigaMedia Access Corporation**
**Case No. 19-12537 (KBO)**
**Exhibit A**
**Insider Preference Period: November 27, 2018 through November 27, 2019**
**Two-Year Period: November 27, 2017 through November 27, 2019**

| Transferor | Recipient | Street Address | City | State | Zip | Date of Payment | Payment Method | Account Number | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 6/17/2019 | Check No. 14884 | Bank of America Account No. 4505 | $ 5,200.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 6/5/2019 | Check No. 14882 | Bank of America Account No. 4505 | $ 5,200.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 3/5/2019 | Check No. 14877 | Bank of America Account No. 4505 | $ 4,300.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 2/14/2019 | Wire Bank Ref. No. 903702140351768 | Bank of America Account No. 4505 | $ 7,600.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 2/4/2019 | Check No. 14876 | Bank of America Account No. 4505 | $ 8,600.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 12/21/2018 | Check No. 14839 | Bank of America Account No. 4505 | $ 4,800.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 12/5/2018 | Check No. 14828 | Bank of America Account No. 4505 | $ 5,100.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 11/19/2018 | Check No. 14816 | Bank of America Account No. 4505 | $ 6,300.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 10/31/2018 | Check No. 14789 | Bank of America Account No. 4505 | $ 2,200.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 10/31/2018 | Check No. 14803 | Bank of America Account No. 4505 | $ 8,600.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 10/26/2018 | Check No. 14798 | Bank of America Account No. 4505 | $ 5,300.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 10/16/2018 | Check No. 14797 | Bank of America Account No. 4505 | $ 7,200.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 10/15/2018 | Check No. 14787 | Bank of America Account No. 4505 | $ 1,800.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 9/26/2018 | Check No. 14784 | Bank of America Account No. 4505 | $ 2,300.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 9/18/2018 | Check No. 14774 | Bank of America Account No. 4505 | $ 1,900.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 9/5/2018 | Check No. 14776 | Bank of America Account No. 4505 | $ 1,400.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 6/5/2018 | Check No. 14773 | Bank of America Account No. 4505 | $ 3,500.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 5/17/2018 | Check No. 14766 | Bank of America Account No. 4505 | $ 3,300.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 5/7/2018 | Check No. 14762 | Bank of America Account No. 4505 | $ 3,100.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 4/18/2018 | Check No. 14755 | Bank of America Account No. 4505 | $ 3,600.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 4/4/2018 | Check No. 14751 | Bank of America Account No. 4505 | $ 2,500.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 2/21/2018 | Check No. 14745 | Bank of America Account No. 4505 | $ 3,300.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 2/16/2018 | Check No. 14744 | Bank of America Account No. 4505 | $ 2,800.00 |
| GigaMedia Access Corporation | Sovran Accounting Services LLC | 13306 Sturno Drive | Clifton | VA | 20124 | 1/29/2018 | Check No. 14737 | Bank of America Account No. 4505 | $ 3,200.00 |
| **TOTAL AVOIDABLE TRANSFERS:** | | | | | | | | | **$ 103,100.00** |